| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAR 31 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WENDELL M. ARMSTEAD, Jr.,

        Petitioner - Appellant,

 v.

JASON BENNETT,

        Respondent - Appellee.

No. 25-1067

D.C. No. 2:24-cv-01994-TL
Western District of Washington,
Seattle

ORDER

Before:    CLIFTON and VANDYKE, Circuit Judges.

    The request for a certificate of appealability is denied because appellant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012).

    The court will not require appellant to submit a disclosure statement under Federal Rule of Appellate Procedure 26.1 and Ninth Circuit Rule 26.1-1. Appellant's related motion (Docket Entry Nos. 3 & 4) to appoint counsel and extend time is therefore unnecessary.

    Any pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**